ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2013 OCT -8   A 9 35

CLERK_____

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| MICHAEL S. FINN, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 313-026 |
| | ) | |
| JASON MEDLIN, Warden, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 15).[1] Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court.  Therefore, Plaintiff's following claims are **DISMISSED** for failure to state a claim upon which relief may be granted:  his free exercise, Religious Land Use and Institutionalized Persons Act ("RLUIPA"), and retaliation claims; his claims under Title II of the Americans with Disabilities Act of 1990 ("ADA") against the Corrections Corporation of America ("CCA"); his claim under Title II of the ADA against Warden Medlin, and Defendants Quinn, Miles, Harris, Smith, Day, Phillips, and John and Jane Does in their official and individual capacities; and his claim under Title II of the ADA against Commissioner Owens in his individual capacity.  Further, Defendants

---

[1]Plaintiff requested, and was granted, an extension of time in which to object to the Report and Recommendation.  (Doc. nos. 12, 13.)

CCA, Warden Medlin, Quinn, Miles, Harris, Smith, Day, Phillips, and John and Jane Does are **DISMISSED**.[2]

SO ORDERED this 8 day of October, 2013, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

---

[2]As explained in the Magistrate Judge's Order of July 25, 2013, Plaintiff's claim under Title II of the ADA against Commissioner Owens in his official capacity shall proceed. (See doc. no. 11.)