ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2013 OCT -8 A 9: 35

CLERK _S.Burton_

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

MICHAEL S. FINN, SR.,            )
                                 )
            Plaintiff,            )
                                 )
      v.                         )      CV 313-026
                                 )
JASON MEDLIN, Warden, et al.,    )
                                 )
            Defendants.          )

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which objections have been filed (doc. no. 15).[1]

Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as

the opinion of the Court. Therefore, Plaintiff's following claims are **DISMISSED** for

failure to state a claim upon which relief may be granted: his free exercise, Religious

Land Use and Institutionalized Persons Act ("RLUIPA"), and retaliation claims; his

claims under Title II of the Americans with Disabilities Act of 1990 ("ADA") against the

Corrections Corporation of America ("CCA"); his claim under Title II of the ADA

against Warden Medlin, and Defendants Quinn, Miles, Harris, Smith, Day, Phillips, and

John and Jane Does in their official and individual capacities; and his claim under Title II

of the ADA against Commissioner Owens in his individual capacity. Further, Defendants

---

[1] Plaintiff requested, and was granted, an extension of time in which to object to
the Report and Recommendation. (Doc. nos. 12, 13.)

CCA, Warden Medlin, Quinn, Miles, Harris, Smith, Day, Phillips, and John and Jane Does are **DISMISSED**.[2]

SO ORDERED this _8_ day of October, 2013, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

---

[2]As explained in the Magistrate Judge's Order of July 25, 2013, Plaintiff's claim under Title II of the ADA against Commissioner Owens in his official capacity shall proceed. (See doc. no. 11.)